IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA MURPHY
ADC #760343                                                                    PLAINTIFF

v.                              No. 3:20-cv-287-DPM-PSH

FAUST, Senior Warden,
McPherson Unit, *et al.*                                                      DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. It appears Murphy's complaint should have been submitted as an amendment in *Murphy v. Long,* where the issues raised are currently pending. Doc. 13 in E.D. Ark. No. 3:20-cv-148-KGB. The Court therefore directs the Clerk to file Murphy's *in forma pauperis* application and complaint, Doc. 1 & 2, in that case and to close this case.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

24 September 2020